## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KENNETH C. JOHNSON, )<br>)<br>Petitioner, )<br>v. )<br>)<br>CRAIG HANKS, Warden, )<br>)<br>Respondent. ) | No. 1:07-cv-0647-LJM-TAB |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 06/08/2007

Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

_____
LARRY J. McKINNEY, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Kenneth C. Johnson
DOC #164580
New Castle Correctional Facility
P.O. Box A
New Castle, IN 47362